**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  05-cr-00325-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LUIS ALFONSO CHAVEZ-LOPEZ,
2. MANUEL HIPOLITO BURCIAGA-ANDAZOLA,
3. JESUS HOMERO BURCIAGA-ANDAZOLA,
4. JENNIFER BURCIAGA,
5. WILLY ARMENDARIZ,
      a/k/a "Adan Armendariz-Carrillo,"
6. NICOLAS CHAVEZ,
7. RICHARD PAUL MARTINEZ,
8. DANIELLE MOYA, and
9. JOHN CAIN,

      Defendants.[1]

## ORDER FOR *JAMES* PROFFER

**Blackburn, J.**

Defendants Richard Paul Martinez and Danielle Moya have filed motions, *see* [#135 &134],  requesting a pretrial *James* hearing *in limine* regarding the admissibility of evidence in the form of alleged co-conspirator's statements that the government seeks to introduce at trial pursuant to Fed.R.Evid. 801(d)(2)(E).

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendants' motions **ARE GRANTED** consistent with the following

---

[1] This order applies to only those defendants who have not yet filed a notice of dispostion.

orders;

    2. That by June 16, 2006, the government shall file a *James*[2] proffer, which, in part, shall be in the form of a log in a spreadsheet or database format which includes the following fields (arranged left to right) containing the following information:

        a. the number, commencing with 1, assigned to the alleged co-conspirator statement for purposes of easy reference and identification of each individual alleged co-conspirator statement;

        b. the date or approximate date of the alleged co-conspirator statement;

        c. the alleged co-conspirator statement, either expressed verbatim or by the best paraphrase practicable;

        d. the alleged declarant (as defined by FED.R.EVID. 801(b));

        e. the alleged source, e.g., person, interview, document, testimony, exhibit, etc., of the alleged co-conspirator statement; and

        f. the basis or bases for admission under FED.R.EVID. 801(d)(2);

    3. That within the proffer the government shall establish by offer of proof that 1) a conspiracy existed; 2) the declarant of the alleged co-conspirator statement and the defendant were both members of the conspiracy; and 3) the statements were made in the course of and in furtherance of the conspiracy.

    4. That by June 30, 2006, any defendant wishing to object to the proffer shall file a response to the government's *James* proffer, which response shall include the following:

---

[2]     So named for *United States v. James*, 590 F.2d 575 (5th Cir. 1979).

        a. the number of the alleged co-conspirator statement as it is enumerated in the government's log;

        b. the defendant's objection(s), and concomitant basis or bases, to admission of the specific, alleged co-conspirator statement; and

        c. the defendant's response to the government's offer of proof as to whether 1) a conspiracy existed; 2) the declarant of the alleged co-conspirator statement and the defendant were both members of the conspiracy; and 3) the statements were made in the course of and in furtherance of the conspiracy;

5. That by July 21, 2006, the government shall file its reply to any timely filed response; and

6. That depending on the government's proffer, the defendants' responses, if any, and the government's reply, the court shall either:

        a. rule on the papers;

        b. require additional briefing;

        c. schedule an evidentiary hearing; or

        d. schedule oral argument.

Dated May 16, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**