**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

**Date:** December 14, 2007

**Courtroom Deputy:** Ginny Kramer
**Court Reporter:** Suzanne Claar
**Probation Officer:** Caryl Ricca

_____

**Criminal Case No. 05-cr-00325-REB**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| v. | |
| 7. RICHARD PAUL MARTINEZ, Defendant. | Harvey Steinberg |

_____

**SENTENCING MINUTES**
_____

**1:35 p.m.    Court in Session.**

The Defendant is present in court (on bond).

Appearances of counsel.

Court's opening remarks.

The Defendant is sworn.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P.32, the Probation Department has conducted a presentence investigation and has filed a presentence report.

Counsel for the Defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Defendant is sworn.

Statement to the court by the defendant.

The Court has considered all relevant matters of fact and law, including the following:

1. The nature and circumstances of the offense for which the defendant is being sentenced.
2. The history and characteristics of the offender.
3. The authorized sentences under 18 U.S.C. §3551.
4. The presentence report and addendum.
5. The advisory sentence guidelines.
6. The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3662, 3582(a), and 3553(a)(1)-(7).
7. The position of the government, the defendant, and the probation department.

The Defendant entered a plea of guilty to Count One of the Indictment on August 10, 2007.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1. That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Count One of the Indictment.

3. That the Government's Motion for Downward Departure [#384] filed December 12, 2007, is **granted**. That the Government's Motion to Dismiss [#385] filed December 12, 2007, is granted; that accordingly Counts 5 and 6 of the Indictment are dismissed with prejudice as to this defendant, only.

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant, is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifty-four (54) months,** to be served concurrently with any sentence previously imposed in State or Federal Court.

5. That on release from imprisonment, the defendant shall be placed on supervised release for a term of **five (5) years**; provided furthermore, that within 72 hours of his release from imprisonment and the custody of the Bureau of Prisons, defendant shall report in person to the probation department within the district to which he is released.

6. That while on supervised release, the defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d).

7. That while on supervised release, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

8. That while on supervised release, the defendant shall comply with the following explicit or special conditions of supervised release:

    • that the defendant shall not violate any federal, state or municipal statute, regulation or ordinance in any jurisdiction or place where he may be during the term of his supervised release;

    • that the defendant shall not possess or use illegally any controlled substances;

    • that the defendant shall not posses or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    • that the defendant shall cooperate in the collection of a sample of his DNA.;

    • that the defendant shall submit to one drug test within fifteen days from his release from prison, as directed by the probation department, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    • that the Defendant shall undergo evaluations for alcohol, substance abuse and mental health, and thereafter, at his own expense, receive any treatment, therapy, counseling, testing, or education prescribed by those evaluations, as directed by his probation officer or as ordered by this court; provided furthermore to provide continuity of treatment the probation department is authorized to release to any appropriate treating agency or entity all relevant logical reports, including the presentence report; and

- that the defendant shall abstain from the use of alcohol and all other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

9. That no fine is imposed.

10. That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

11. That the mandatory drug-testing provisions of 18 U.S.C. § 3583 D are enforced.

12.. That presentence confinement shall be determined by the Bureau Prisons under 18 U.S.C. § 3585.

13 That the defendant is remanded to the custody of the United States Marshal.

Defendant waives formal advisement of appeal.

**2:00 p.m.    Court in Recess**.

*Total in court time:   00:25 minutes - Hearing concluded*