IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00325-REB-7

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  RICHARD PAUL MARTINEZ,

    Defendant.

## ORDER

Pursuant to and in accordance with the supervised release hearing held before the Honorable Robert E. Blackburn, United States District Judge, on June 25, 2015,

**IT IS ORDERED** that Defendant Richard Paul Martinez is sentenced to **time served**.

Dated:  June 25, 2015

                                              BY THE COURT:

                                              s/ Robert E. Blackburn
                                              ROBERT E. BLACKBURN,
                                              UNITED STATES DISTRICT JUDGE