# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00325-REB-07 |
| | USM Number:  33589-013 |
| RICHARD PAUL MARTINEZ | Harvey A. Steinberg, Retained |
| | (Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 2 through 8, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Possession and Use of a Controlled Substance | 11/07/14 |

     The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

     The defendant has not committed violations 1 and 9 and is discharged as to such violations.

     It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

     It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 25, 2015
_____
Date of Imposition of Judgment

## s/ Robert E. Blackburn
_____
Signature of Judge

Robert E. Blackburn, U.S. District Judge
_____
Name & Title of Judge

**June 29, 2015**
_____
Date

DEFENDANT:  RICHARD PAUL MARTINEZ
CASE NUMBER:  05-cr-00325-REB-07                                        Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Comply With Rules of Home Detention and Location Monitoring | 12/16/14 |
| 4 | Failure to Notify Probation Officer of Change in Employment | 04/18/14 |
| 5 | Leaving the District Without Permission | 05/25/14 |
| 6 | Possession and Use of Controlled Substance | 06/09/14 |
| 7 | Purchase, Possession and Use of a Controlled Substance | 08/12/14 |
| 8 | Purchase, Possession and Use of a Controlled Substance | 08/24/14 |

DEFENDANT:  RICHARD PAUL MARTINEZ
CASE NUMBER:  05-cr-00325-REB-07                                    Judgment-Page 3 of 5

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of time served.

      The defendant is remanded to the custody of the United States Marshal.

      Presentence confinement credit shall be determined by the Bureau of Prisons.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


_____
UNITED STATES MARSHAL


By_____
    Deputy United States Marshal

DEFENDANT:  RICHARD PAUL MARTINEZ
CASE NUMBER:  05-cr-00325-REB-07                                    Judgment-Page 4 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of one (1) year.

The defendant must report to the probation office in the district to which he is released within 72 hours of his release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and two periodic drug tests thereafter.

The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    The defendant shall not leave the judicial district without the permission of the court or probation officer.

2)    The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.

3)    The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4)    The defendant shall support his dependents and meet other family responsibilities.

5)    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

6)    The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

7)    The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician. Except as authorized by court order, the defendant shall not possess, use or sell marijuana or any marijuana derivative (including THC) in any form (including edibles) or for any purpose (including medical purposes). Without the prior permission of the probation officer, the defendant shall not enter any marijuana dispensary or grow facility;

8)    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

DEFENDANT: RICHARD PAUL MARTINEZ
CASE NUMBER: 05-cr-00325-REB-07                                    Judgment-Page 5 of 5

9)      The defendant shall not associate with any persons engaged in criminal activity and shall not
        associate with any person convicted of a felony, unless granted permission to do so by the
        probation officer.

10)     The defendant shall permit a probation officer to visit him at any time at home or elsewhere and
        shall permit confiscation of any contraband observed in plain view by the probation officer.

11)     The defendant shall notify the probation officer within seventy-two hours of being arrested or
        questioned by a law enforcement officer.

12)     The defendant shall not enter into any agreement to act as an informer or a special agent of a
        law enforcement agency without the permission of the court.

13)     As directed by the probation officer, the defendant shall notify third parties of risks that may be
        occasioned by the defendant's criminal record or personal history or characteristics, and shall
        permit the probation officer to make such notifications and to confirm the defendant's
        compliance with such notification requirement.

14)     The defendant shall provide the probation officer with access to any requested financial
        information.

## ADDITIONAL CONDITIONS OF SUPERVISION

1)      The defendant shall participate in and successfully complete a program of testing and inpatient
        and/or outpatient treatment for substance abuse, as approved by the probation officer, until
        such time as the defendant is released from the program by the probation officer. The
        defendant shall abstain from the use of alcohol or other intoxicants during the course of
        treatment and shall pay the cost of treatment as directed by the probation officer.

2)      Unless medically contraindicated, the defendant shall ingest a monitored substance abuse
        prevention medication, as directed by the treatment provider or probation officer. The defendant
        may be required to pay the cost of medication as directed by the probation officer.

3)      The defendant shall participate in and successfully complete a program of mental health
        treatment, as approved by the probation officer, until such time as the defendant is released
        from the program by the probation officer. The defendant shall pay the cost of treatment as
        directed by the probation officer.