# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No.  05-cr-00325-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

7.  RICHARD PAUL MARTINEZ,

    Defendant.

## MINUTE ORDER[1]

On April 19, 2016, counsel contacted chambers to set a hearing on supervised release violations.  After conferring with counsel, and by agreement of all,

**IT IS ORDERED** as follows:

1.  That on **June 23, 2016**, commencing at 10:00 a.m. (MDT), the court shall conduct a hearing on supervised release violations; and

2.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant for this hearing.

Dated:  April 19, 2016

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.